

# Customer Service Agreement

## Installation Information
Worcester State College
486 Chandler St
Worcester, MA 01602
Contact: Vin Donahue   Phone: (508) 793-8000
EMail:   Fax:

## Billing Information
Worcester State College
486 Chandler St
Worcester, MA 01602
Contact: Vin Donahue   Phone: (508) 929-8016
EMail:   Fax: 929-8180

## Credit Information
[X] Corporation   [ ] Partnership   [ ] Proprietorship   [X] Tax Exempt (Attach Proof)   [ ] Other

Nature of Business: STATE COLLEGE
Years in Business: 125 YRS   SIC:   Tax ID: 046 002 284   D&B #:

## Ownership Information (Required for Partnerships, Proprietorships and Small Businesses)
Name: N/A   Address:   Phone:   SS#:

## Reference Information (3 Major Trade References and Bank)

| Trade Name | City, State | Phone | Account # |
|---|---|---|---|
| H'O CLEANING PROD | W. BOYLSTON MA | 508 835-7900 | 200970 |
| SUNSHINE SIGN CO | N. GRAFTON MA | 508 839-4500 | WORCSC |
| SANI MATE SUPPLY | WORCESTER MA | 508 752-8800 | 208240 |

| Bank Name | Contact | Account # |
|---|---|---|
| SOVEREIGN BK | Anne Carlsen | 8560 3010 325 |

## Billing Options
[ ] IntelliBILL   [ ] Call Detail   [ ] International Usage   [ ] Expensive Calls
[ ] IntelliVIEW   [ ] Suppress Detail   [ ] Time of Day Usage   [ ] Lengthy Calls
[ ] Corp. Acct. Billing   [ ] Area Code Summary   [ ] Freq. Called Summary

## Office Use Only
App. Code:   User ID:   Credit Dpt.
Date:   Account #:
DT1:   DT2:

## Comments
5% Discount on Local Services including recurring charges and usage.

## Telephone Numbers (attach additional sheets as necessary)
SEE Attached

## Letter of Authorization
Customer hereby authorizes CTC to perform any investigation necessary to determine the credit worthiness of the Company. CTC reserves the right to deny service and terminate this agreement or otherwise require a deposit as a condition to service from any applicant whose credit history is found to be unsatisfactory. All services shall be provided in accordance with the Terms and Conditions set forth in this Agreement.

Accepted By:
Customer: *Kenneth C Barton*
Customer Authorized Representative

KENNETH C BARTON   12/13/00
Name and Title   Date:

BUS. MANAGER

CTC Communications Corp.
CTC Account Executive
Name: Phil Fratantonio
CTC Branch Manager
Date: 12/13/00

## TERMS AND CONDITIONS

Scope of Agreement.   CTC Communications Corp. ("CTC" or the "Company")  agrees to provide Customer with those services identified under applicable Service Order(s) executed by the Customer from time to time during this Agreement.  Such Service Order(s) are incorporated herein by reference and all Services provided thereunder shall be subject to the terms and conditions set forth herein.  Certain services provided under Company Service Order(s) are subject to the terms and conditions found in CTC's tariffs on file with state regulatory agencies and the Federal Communications Commission (the "FCC") as amended from time to time by the Company.   For such services, in the event of any conflict between the terms and conditions set forth herein and those identified in CTC's tariff, in all instances, CTC's tariff(s) shall prevail.

Payments and Financial Responsibility.   All invoices are due and payable upon Customer's receipt thereof.   Any payment not received within thirty (30) days following the due date shall be deemed past due.  CTC reserves the right to assess a late fee of one and one half percent (1.5%) per month or the highest amount permitted by law on any past due balance.  Notwithstanding the foregoing, invoiced charges not paid within thirty (30) days will also be ineligible for any cash rebates or volume discounts which may have otherwise applied. Customer shall be liable for all charges incurred as a result of Customer's use of CTC's services, including use resulting from theft or unauthorized use of such Service.  Customer shall notify CTC in writing of any disputed charge or amount within thirty (30) days of Customer's receipt of any invoice containing such disputed charge or amount

Term Commitment.   Customer agrees to utilize CTC's Service(s) for the duration of the term(s) specified in applicable Customer Service Orders.

Termination for Default.   The Customer shall be in default of this Agreement in the event a) Customer fails to pay any amount due hereunder within thirty (30) days of the payment due date, b) the Customer becomes insolvent, makes an assignment for the benefit of creditors, files or has filed against it a petition of bankruptcy, and such proceeding is not dismissed within forty-five (45) days, c) Customer utilizes CTC services for any unlawful purpose or for any other purpose than that for which the Service is intended.  Notwithstanding any other remedies which CTC may have available to it by law or equity, in the event of Customer's default of this Agreement,  CTC may terminate this Agreement in accordance with the notice requirements set forth in the applicable CTC tariff(s)  and discontinue any and all Services provided pursuant to any Service Order issued hereunder.   CTC reserves the right to cancel any service used for unlawful purposes or for any purpose other than that which the service is indented.  Nothing contained herein shall relieve customer of its obligations to pay CTC for charges incurred up to the date of termination.

Termination without Cause.  <u>Month-to-Month.</u>  Customer may terminate any service provided under a month-to-month Service Order with sixty (60) days written notice.  <u>Term Plans.</u>     In the event Customer terminates any local service order issued under a term agreement with the Company, Customer will be responsible for any termination fees assessed CTC by its underlying provider(s) as a result of such early termination.  Notwithstanding the foregoing Customer may terminate any Service Order for long distance service issued under a Term Plan at any time during the first (60) days following commencement of Service.  Thereafter, the Customer may terminate such Service Order by paying all outstanding charges incurred through the effective date of termination as well as an early termination charge.  Such termination charge shall equal twenty-five percent (25%) of the customer's average monthly charges multiplied by the number of months remaining in the term.  An equipment termination charge may also apply in the event Customer terminates any Service offered in conjunction with  equipment supplied by the Company.   The equipment termination charge shall be equal to the monthly recurring equipment charge multiplied by the number of months remaining in the then current term. Some service specific early termination charges may also apply. These charges apply only if detailed as Additional Terms and Conditions on a Service Addendum.

Limitation of Liability.  CTC shall  not be liable for any failure of performance of any of its obligations hereunder due to any cause beyond the reasonable control of the Company.   Neither CTC nor its underlying carrier(s) shall be liable for any act or omission of any other company or companies furnishing a portion of any Service offered hereunder. Customer shall indemnify and hold CTC harmless for all claims for damages (including reasonable attorneys' fees) resulting from claims for libel, slander, infringement of copyright, or unauthorized use of any trademark, trade name or service mark, or any other injury to any person, property or entity arising out of the material, data, information or other content transmitted over CTC's facilities.

CTC MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE DESCRIPTION, COMPLETENESS, QUALITY, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OF ANY SERVICE PROVIDED PURSUANT TO ANY SERVICE ORDER ISSUED HEREUNDER.  CTC's liability for any damages arising from errors, mistakes, omissions, interruptions or delays of the Company, its agents, employees or underlying carriers in the course of establishing, furnishing, rearranging, moving, terminating, maintaining, restoring or changing Service or facilities provided hereunder, or the Company's failure to perform any other duty arising out of this Agreement shall not exceed an amount equivalent to the actual proportionate charge for the Service applicable to the period during which  the Service was affected.

Use of Service.  The Customer shall not use any CTC Service in any manner other than that for which the Service was intended and shall refrain from using the Company's services in any manner which would adversely affect the Company's equipment or the Company's service to others.   The Company reserves the right to discontinue service without notice in the event of any such  unlawful or adverse use.

Rate and Product Changes.   CTC reserves the right to modify the rates for any Service provided pursuant to any Service Order issued under this Agreement with thirty (30) days written notice;  provided, however, in the event any increase results in the Company's rate for a particular Service exceeding that of the dominant's carrier's tariffed rate for the same or similar Service, then, in such event, the Customer may terminate the applicable Service Order without liability with thirty (30) days written notice. Nothing contained in this paragraph shall relieve the Customer of its obligation to pay for services rendered up to and including the effective date of any such termination.

Right of Entry.   Customer shall allow CTC reasonable access to Customer premises for purposes of inspecting or maintaining Company-provided equipment located on Customer's property.

Assumption of Liability.   Under certain limited circumstances, CTC may assume Customer's obligations under an existing contract with Customer's local exchange company (LEC).  In the event of any such assumption, Customer shall become liable to CTC for the satisfaction of all terms and conditions of such contractual obligations assumed by CTC, including full termination liability.

Modifications.  This Agreement may only be modified by a written instrument executed by both parties.

Assignment.  CTC may assign this Agreement in accordance with the laws of the Commonwealth of Massachusetts.   Customer may not assign this Agreement without the written permission of the Company obtained in advance.

Miscellaneous.   This Agreement shall be governed by the laws of the Commonwealth of Massachusetts.   Failure of either party to insist upon the strict compliance by the other with any of the terms, covenants or conditions of this Agreement shall not be construed as a waiver of any subsequent breach. No provision of this Agreement which may be unenforceable shall in any way invalidate any other provision herein.   The term of this Agreement shall run concurrent with any Service Order issued hereunder.

Special Provisions Pertaining to CTC Calling Card Customers.   Subject to availability, CTC will supply Customer those billing card numbers requested by the Customer.  Customer understands that billing card numbers are subject to change with thirty (30) days written notice by CTC and that all billing card number issued to Customer shall remain the property of CTC.   Customer will be solely responsible for  the distribution of billing card numbers to Customer's employees, agents and other third parties.  Customer shall remain responsible for all card usage arising from Customer's intentional or unintentional distribution of billing card numbers. All calling card usage is monitored by CTC's fraud control procedures.  CTC reserves the right, but is under no obligation, to immediately deactivate any billing card number for which CTC suspects fraudulent use.  Customer shall be liable for all calls placed using a CTC  calling card, whether authorized or unauthorized,  known or unknown.



CUSTOMER AUTHORIZATIONS

### Letter of Authorization

The Customer's signature below confirms that for each of the phone numbers included in this Customer Service Agreement that

a) Customer selects CTC Communications Corp. ("CTC") as its primary provider of
☒ local exchange service ☒ intraLATA toll service ☒ long distance service ; that

b) Customer designates CTC as its agent for purposes of changing primary service provider(s); that

c) Customer understands that the selection of a new intraLATA toll or long distance service provider may result in the imposition of a charge by Customer's local exchange company for changing service provider(s); that

d) Customer understands that only one service provider can be designated as the primary carrier for each of the services selected above; and that

e) Customer is the Customer of record or other individual authorized to select the provider(s) for the services indicated above.

Authorized Signature: [signature]
Name:
Title: Director Facilities   Date: 12/13/00

### Authorization to Access Customer Confidential Information

**Authorization of Company's Use of Customer Proprietary Network Information (CPNI).** Under Section 222 of the Telecommunications Act (the "Act") a customer has the right, and the carrier, an obligation, to protect the confidentiality of CPNI. CPNI includes, but is not limited to, customer account information pertaining to usage, calling plans and other presubscribed products and services. The Act also restricts a carrier from accessing CPNI absent a customer's approval for purposes other than the provisioning of service. The parties recognize that access to such information will assist CTC in determining those CTC products and services which best suit the Customer's specific telecommunications needs. Therefore, during the term of this Agreement, Customer's signature below authorizes CTC to access Customer's account information. Except as may be required by law, CPNI shall not be disclosed to any third (3rd) party without Customer's express written consent.

While presubscribed to CTC's services (or until such other time as I otherwise affirmatively revoke or limit), I hereby authorize CTC to access my CPNI.

Authorized Signature: [signature]
Name: Robert Robichaud
Title: Director Facilities   Date: 12/13/00



# Local Services Addendum

**Products and Services:**

| Quantity | Description | Product Code | One Time Charge | Monthly Charge | Total Monthly |
|---|---|---|---|---|---|
| | 508-754-0080 | | | | |
| | 508-756-8210 | | | | |
| | 508-792-7250 | | | | |
| | 508-793-8000 | | | | |
| | 508-793-8204 | | | | |
| | 508-860-7550 | | | | |
| | 508-912-3927 | | | | |
| | 508-912-4167 | | | | |
| | 508-912-4225 | | | | |
| | 508-912-4451 | | | | |
| | 508-912-6295 | | | | |
| | 508-912-8019 | | | | |
| | 508-900-1731 | | | | |
| | 508 912 2284 | | | | |
| | ~~508 912~~ | | | | |
| | | Totals | | | |

Company  Worcester State College
486 Chandler St
Worcester, MA  01602

Authorized Signature: [signed]   Date: 12/13/00

Name: Title: Director of Facilities

Phil Fratantonio
Account Executive



## Long Distance Addendum

| Installation Information | | Billing Information | |
|---|---|---|---|
| Worcester State College | | Worcester State College | |
| 486 Chandler St<br>Worcester, MA  01602 | | 486 Chandler St<br>Worcester, MA  01602 | |
| Contact: Vin Donahue | Phone: (508) 793-8000 | Contact: Vin Donahue | Phone: (508) 929-8180 |
| EMail: | Fax: | EMail: | Fax: |

**Service(s) Ordered:**

- [x] 1-Plus    Rate: .049/cents per minute
- [x] 800             ☐ Basic Service
- ☐ Dedicated 1-Plus    ☐ Package Plan
- ☐ Dedicated 800        ☐ 1 Year Term
- ☐ Calling Card    Quantity of Cards:

**800 Information**

| 800 Number | Responsible Organization-Points To |
|---|---|
| | |
| | |
| | |

**Options Selected:**

- ☐ Security Codes
- ☐ Account Codes
- ☐ Number of Digits

**Telemanagement Options:**

| Outbound Reports | Inbound Reports |
|---|---|
| ☐ Area Code Summary | [x] Area Code |
| ☐ Day Of Week | [x] Day Of Week |
| ☐ Time Of Day | [x] Time Of Day |
| [x] Frequency Called | [x] Frequency Called |
| [x] Lengthy Calls | [x] Lengthy Calls |
| ☐ International Reports | |

**Telephone Line Information:**

| Type - NPA-NNX-XXXX - LEC | Type - NPA-NNX-XXXX - LEC |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Estimated Monthly Usage Minutes | |

I hereby authorize CTC to act as my primary long distance carrier and to act as my agent in the pre-subscription process. I acknowledge that I have read, understood, and agreed to the terms and conditions set forth on the following page of this agreement. I am aware that any line not appearing on this agreement will not be billed by CTC. I understand that I can designate only one primary carrier for each telephone number and that any changes in my primary carrier will involve a charge from my local telephone company.

Authorized Signature: /s/ Robichaud
Name and Title: Robert Robichaud, Director Facilities    Date: 12/13/00

CTC Account Executive: Phil Fratantonio
Name: ____    Date: ____

```
GUI/400 RTS Pro                                                              _|□|x|
 CR4200             130 - CTC Communications              System: S1023750
 12/16/03                Accounts Receivable Inquiry      Wrkstn: QPADEV0124

 Customer: ■914325   WORCESTER STATE COLLEGE
                                  Balance..............:   14790.96
    1=Select Detail               Pending Adjustments...:        .00
           Billing                Adjusted Balance......:   14790.96
 Select   Period    Description         Billing      Payments    Adjustments
         12 / 00 DEC BILLING SUMMARY     3671.12          .00           .00
         01 / 01 JAN BILLING SUMMARY     2163.74          .00           .00
         02 / 01 FEB BILLING SUMMARY     2705.57      5834.86           .00
         03 / 01 MAR BILLING SUMMARY     2666.72      5590.04           .00
         04 / 01 APR BILLING SUMMARY     3548.21          .00           .00
         05 / 01 MAY BILLING SUMMARY     2837.96          .00           .00
         06 / 01 JUN BILLING SUMMARY     2421.77      6168.42           .00
         07 / 01 JUL BILLING SUMMARY     2930.51      5352.28           .00
         08 / 01 AUG BILLING SUMMARY     1759.83          .00           .00
         09 / 01 SEP BILLING SUMMARY     3637.55      5397.38           .00
         10 / 01 OCT BILLING SUMMARY     3561.52       631.80           .00
                                                                      More...

 3=Exit                       F12=Previous    F8=Pending Adj.

       4-12     SA      MW    KB    KS    DM    IM      II   206.215.60.4
```

```
I/400 RTS Pro                                                                    _|□|×|
 R4200         130 - CTC Communications              System: S1023750
 ?/16/03              Accounts Receivable Inquiry    Wrkstn: QPADEV0124

 Customer:  914325    WORCESTER STATE COLLEGE
                                Balance..............:   14790.96
  1=Select Detail               Pending Adjustments..:        .00
          Billing               Adjusted Balance.....:   14790.96
 Select   Period      Description           Billing      Payments    Adjustments
   _    11 / 01 NOV BILLING SUMMARY         4149.27      3561.52          .00
   _    12 / 01 DEC BILLING SUMMARY         4118.85      3517.47          .00
   _    01 / 02 JAN BILLING SUMMARY         3794.54      4423.77          .00
   _    02 / 02 FEB BILLING SUMMARY         5965.51      3794.54          .00
   _    03 / 02 MAR BILLING SUMMARY         3796.21      5965.51          .00
   _    04 / 02 APR BILLING SUMMARY         3626.83      3258.24          .00
   _    05 / 02 MAY BILLING SUMMARY         5546.07     11799.11          .00
   _    06 / 02 JUN BILLING SUMMARY         4444.48      5862.35          .00
   _    07 / 02 JUL BILLING SUMMARY         3194.83      3195.03      6911.48-
   _    08 / 02 AUG BILLING SUMMARY         3516.55      3044.81          .00
   _    09 / 02 SEP BILLING SUMMARY         3524.82      3515.42          .00
                                                                        More...

 F3=Exit                        F12=Previous    F8=Pending Adj.

        4-12    SA        MW    KB    KS    DM    IM         II  206.215.60.4
```

```
AS/400 RTS Pro                                                              _ □ x
CR4200          130 - CTC Communications              System: S1023750
9/16/03               Accounts Receivable Inquiry     Wrkstn: QPADEV0124

Customer: 914325    WORCESTER STATE COLLEGE
                                    Balance..................:   14790.96
  1=Select Detail                   Pending Adjustments...:         .00
         Billing                    Adjusted Balance.......:    14790.96
  ect   Period      Description         Billing      Payments    Adjustments
        10 / 02  OCT BILLING SUMMARY     3644.59      3516.96         .00
        11 / 02  NOV BILLING SUMMARY     3863.78      3697.72         .00
        12 / 02  DEC BILLING SUMMARY     3904.40       200.27         .00
        01 / 03  JAN BILLING SUMMARY     3751.37      7388.85         .00
        02 / 03  FEB BILLING SUMMARY     3883.97      7468.23         .00
        03 / 03  MAR BILLING SUMMARY     2749.51       357.47         .00
        04 / 03  APR BILLING SUMMARY     2769.69      2745.23         .00
        05 / 03  MAY BILLING SUMMARY     2738.44      2764.50         .00
        06 / 03  JUN BILLING SUMMARY     1728.20          .00         .00
        07 / 03  JUL BILLING SUMMARY    10409.18          .00         .00
        08 / 03  AUG BILLING SUMMARY       82.21          .00       145.40
                                                                    More...

 =Exit                         F12=Previous    F8=Pending Adj.

       4-12       SA     MW   KB    KS   DM   IM        II  206.215 60.4
```

```
 N/400 RTS Pro                                                                    _|□|x|
 R4200              130 - CTC  ommunications              System: S1023750
 2/16/03              Accounts Receivable Inquiry         Wrkstn: QPADEV0124

 Customer: ■914325   WORCESTER STATE COLLEGE
                                    Balance..............:    14790.96
   1=Select Detail                  Pending Adjustments...:         .00
           Billing                  Adjusted Balance......:    14790.96
 Select   Period      Description         Billing     Payments    Adjustments
         09 / 03  SEP BILLING SUMMARY       34.16-        .00           .00
         10 / 03  OCT BILLING SUMMARY      181.72         .00           .00
         11 / 03  NOV BILLING SUMMARY      178.70-        .00           .00




                                                                       Bottom

 F3=Exit                        F12=Previous    F8=Pending Adj.

        4-12       SA      MW   KB   KS   DM   IM         IT  206.215.60.4
```

```
GUI/400 RTS Pro                                                              _ □ x
  12/16/03              ACCOU... INFORMATION ACCOUNT SEARCH            SULLIK
  09:03:01                    UNEP QUALIFIED ZONE                      MSSH104
  ------------------------------------------------------------------------
    Worcester State College                   Acct. Mgr.          MELANS
    486 Chandler St                       +------------------------------
                                          | Contact Information
                                          |
    Worcester                             | Sal   A     (First.Name)
                    MA   01602            | Vin Donohue
    Main Phone   508 793 8000             | Telecom mgr
    Fax#                                  |
    Class Code   A                        | Phon 508 793 8000    Exte
    AcctStatus   PA      PROSPECT ACTIVE  |
    Acct Exec    BLKL7   L7 - Black Account S | E-Mail
    NC           HENRYM  Maria Henry      | Cust. Type
    IndustryID   ****    UPDATE REQUIRED  | Product
                                          |
    Credit       DISCLFTCTC               |
    Customer #      914325                |
                                          |
    LOA Signed   NO      Cust.Type        | Next Activity Code.
  ------------------------------------------------------------------------
   F3=Exit            F10=Menu Bar        F12=Cancel

    21-48     SA     MW   KB   KS   DM   IM        II  206 215.60.4
```

```
GUI/400 RTS Pro                                                              _|□|x|
 (F)ile|      |(V)iews|      |(A)ctions|      |(T)ools|      |(O)ptions|

  Worcester State College_____            Acct. Mgr. _____MELANS
  486 Chandler St_____         +----------------------------------
 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
 :  Customer #      914325      BILLING ADDRESS CHANGE         F12=Previous :
 :                                                                          :
 :  Current Billing                       Current Install                   :
 :  WORCESTER STATE COLLEGE                486 CHANDLER ST                   :
 :  486 CHANDLER ST                                                          :
 :                                         WORCESTER                         :
 :  WORCESTER                              MA   016020000                    :
 :  MA   016020000                              508 793 8000                 :
 :       508 793 8000     CHANGE BILLING ADDRESS TO :                        :
 :                        WORCESTER STATE COLLEGE_____             :
 :                        486 CHANDLER ST_____             :
 :                        _____            :
 :                        WORCESTER_____    MA 016020000               :
 :                             508  793  8000                                :
 : Parent Account. Should the children have the same billing address? _ (Y/N):
 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    16-26        SA     MW    KB    KS    DM    IM         II  206.215.60.4
```