AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

CTC Communications Corp.

v.

Worcester State College

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 CV 12174 REK

FILED
IN CLERK'S OFFICE
2004 DEC -3 P 3:12
U.S. DISTRICT COURT
DISTRICT OF MASS.

A TRUE COPY ATTEST

DEPUTY SHERIFF

TO: (Name and address of Defendant)

Worcester State College
486 Chandler St.
Worcester, MA 01602

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John J. Dussi, Esq.
Cohn & Dussi, LLC
25 Burlington Mall Road
Burlington, MA 01803

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE    OCT 15 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and complaint was made by me(1) | DATE |



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

11/23/2004

I hereby certify and return that on 11/23/2004 at 08:34am I served a true and attested copy of the Summons and Complaint, Civil Action Cover Sheet, Exhibits in this action in the following manner: To wit, by delivering in hand to DEBBIE QUINN, SECRETARY, agent, person in charge at the time of service for WORCESTER STATE COLLEGE at 486 CHANDLER ST, WORCESTER, MA. Fees: Service 30.00, Travel 3.84, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $41.84

Deputy Sheriff, Kenneth R Hannam

*Deputy Sheriff*

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                  Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.