

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04CV12174REK

CTC COMMUNICATIONS CORP.,

    Plaintiff

vs.

WORCESTER STATE COLLEGE,

    Defendant

### STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties to the above-indicated action stipulate that it shall be dismissed with prejudice and without costs. All stays, reports, and appeals are waived.

CTC COMMUNICATION CORP.
By its attorneys,

_____
John J. Dussi, BBO #546355
Cohn & Dussi, LLC
25 Burlington Mall Road,
6th Floor
Burlington, MA 01803-4158
781-494-0200

WORCESTER STATE COLLEGE
By its attorneys,

_____
Michael R. Coppock, BBO #098840
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
(617) 330-7000

627315_1